UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GIANIETTY WYCKOFF,

    Plaintiff,

v.                                    Case No.: _____

RADIUS GLOBAL SOLUTIONS LLC,

    Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Radius Global Solutions, LLC (RGS), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this civil case is proper because:

1.    RGS is a named defendant in this civil action filed by plaintiff, Gianietty Wyckoff, ("plaintiff"), in the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, titled *Gianietty Wyckoff v. Radius Global Solutions, LLC,* Case No.: 21-CC-114417 (hereinafter the "State Court Action").

2. RGS removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.,* as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), RGS has timely filed this Notice of Removal. RGS was served with plaintiff's Complaint on January 27, 2022. This Notice of Removal is filed within 30 days of receipt of the Complaint by RGS.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

WHEREFORE, defendant, Radius Global Solutions, LLC, hereby removes to this Court the State Court Action.

Dated: February 16, 2022

        Respectfully Submitted,

        */s/ Michael P. Schuette*
        Michael P. Schuette, Esq.
        Florida Bar No. 0106181
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, ISRAEL & SHARTLE, LLC

        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 890-2472
        Facsimile: (877) 334-0661
        mschuette@sessions.legal
        dvanhoose@sessions.legal
        *Counsel for Defendant,*
        *Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of February 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including the described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, III, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

        */s/ Michael P. Schuette*
        Attorney