# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GIANIETTY WYCKOFF,

      Plaintiff,

Case No. 8:22-cv-00388

v.

RADIUS GLOBAL SOLUTIONS LLC,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Radius Global Solutions, LLC, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: May 6, 2022

      Respectfully submitted,

      */s/ Michael P. Schuette*
      Michael P. Schuette, Esq.
      Florida Bar No. 0106181
      Dayle M. Van Hoose, Esq.
      Florida Bar No. 0016277
      SESSIONS, ISRAEL & SHARTLE
      3350 Buschwood Park Drive, Suite 195
      Tampa, Florida 33618
      Telephone: (813) 890-2460

Facsimile: (877) 334-0661  
mschuette@sessions.legal  
dvanhoose@sessions.legal  
*Counsel for Defendant,*  
*Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 6th day of May 2022, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.  
Thomas J. Patti, III, Esq.  
The Law Offices of Jibrael S. Hindi  
110 SE 6th Street, Suite 1744  
Fort Lauderdale, FL 33301  
jibrael@jibraellaw.com  
tom@jibraellaw.com

*/s/ Michael P. Schuette*  
Attorney