UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GIANIETTY WYCKOFF,

   Plaintiff,

v.                                         Case No. 8:22-cv-0388-KKM-SPF

RADIUS GLOBAL SOLUTIONS, LLC,

   Defendant.
_____

## ORDER

     The Court has been advised by that the parties have settled this action. (Doc. 11.) Accordingly, consistent with Local Rule 3.09(b), the Court **dismisses** this case **without prejudice,** subject to the right of the parties, within **30 days** of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 30-day period, dismissal shall be **with prejudice**. The Clerk is directed to administratively reopen the case, terminate any pending motions and deadlines, and to close this case.

     **ORDERED** in Tampa, Florida, on May 9, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge